373 A.2d 1134

Commonwealth v. Prince, Appellant.

Argued March 16, 1977. Warren H. Prince, appellant, *in propria persona* ; Marion E. MacIntyre, Second Assistant District Attorney, with her LeRoy S. Zimmerman, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The case is remanded to the court below for post-trial motions.